IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TAYLER M. WOOD,<br><br>Defendant. | PO-24-05073-H-KLD<br>VIOLATION: F5457280<br><br>Location Code: M5<br><br>ORDER |

Based upon the United States' motion, and good cause appearing,

IT IS HEREBY ORDERED that the above-referenced case is dismissed without prejudice, and the initial appearance scheduled for March 6, 2025 is vacated.

DATED this __26th__ day of December, 2024.

_____
Kathleen L. DeSoto
United States Magistrate Judge